UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS RUBINO,<br>        Plaintiff,<br>    v.<br>AMTRAK,<br>        Defendant. | Case No. 22-cv-05108 NC<br><br>**ORDER TRANSFERRING CASE TO THE U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION** |

According to the Amended Complaint filed by self-represented Plaintiff Demas Rubino, Mr. Rubino fell and fractured his wrist while exiting an Amtrak train at the Fairfield Train Depot.  Dkt. No. 15.  Fairfield is in Solano County, within the jurisdictional boundaries of the U.S. District Court for the Eastern District of California, Sacramento Division.  Mr. Rubino also lives in Vacaville, within the Eastern District of California.

Under the general rules of venue, a civil action may be brought in a judicial district in which a "substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b)(2).  And under 28 U.S.C. § 1404(a), the Court may transfer any civil action to any other district where it might have been brought, in the interest of justice.

Here, the Court has determined that the interest of justice, and convenience of the parties and witnesses, is best served by transferring the case to the Eastern District of California, Sacramento Division.  Neither party objected to the proposed transfer when discussing the case at the January 18 case management conference.

The Clerk of Court is therefore ordered to transfer this case to the U.S. District

Court for the Eastern District of California, Sacramento Division, and to provide notice of the transfer to the parties. The case in the Northern District of California will then be administratively closed.

**IT IS SO ORDERED.**

Dated: January 18, 2023



NATHANAEL M. COUSINS
United States Magistrate Judge